UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| *In re:* **Dairy Farmers of America, Inc.** **Cheese Antitrust Litigation** | ) ) ) ) ) ) ) ) ) ) ) ) | **Master File No. 09-cv-03690** **MDL No. 2031** **Judge William J. Hibbler** |
| **THIS DOCUMENT RELATES TO: DIRECT PURCHASER ACTION** | | **Oral Argument Requested** |

**DEFENDANTS HANMAN'S AND BOS'S MOTION TO DISMISS
COUNTS ONE, TWO AND THREE (ANTITRUST CLAIMS)
OF THE CONSOLIDATED CLASS ACTION COMPLAINT**

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendants Gary Hanman and Gerald Bos move that Counts One, Two and Three of the Consolidated Class Action Complaint be dismissed as against them for failure to state a claim upon which relief can be granted. Those Counts allege, respectively, conspiracy in restraint of trade, monopolization and attempted monopolization in violation of Sections 1 and 2 of the Sherman Act. Count One must be dismissed because it fails to allege a cognizable conspiracy involving Hanman and Bos, and Counts Two and Three must be dismissed because Plaintiffs fail to allege the requisite inherently wrongful conduct on the part of either Hanman or Bos, or that either Hanman or Bos possessed the requisite monopoly power or the ability to acquire it.

Defendants Hanman and Bos are submitting a Memorandum in support of this Motion.

Defendants Hanman and Bos further join in the motion to dismiss being filed by Defendants Dairy Farmers of America, Inc. and Keller's Creamery, LP, and in the motion to dismiss being filed by Defendants Frank Otis and Glenn Millar.

Dated: May 19, 2010            Respectfully submitted,

By: /s/ Walter C. Greenough
Walter C. Greenough
William M. Hannay
Jacob L. Kahn
SCHIFF HARDIN LLP
233 S. Wacker Dr., Suite 6600
Chicago, IL 60606
Tel: (312) 258-5500
wgreenough@schiffhardin.com
whannay@schiffhardin.com
jkahn@schiffhardin.com

/s/ Ellen M. Wheeler
Scott E. Early
Ellen M. Wheeler
Rebecca Hanson
FOLEY & LARDNER LLP
321 N. Clark St., Suite 2800
Chicago, IL 60654
Tel: (312) 832-4500
searly@foley.com
ewheeler@foley.com
rhanson@foley.com

*Counsel for Defendants Gerald Bos and Gary Hanman*

## CERTIFICATE OF SERVICE

I, Jacob L. Kahn, hereby certify that on May 19, 2010, I served *Defendants Hanman's and Bos's Motion to Dismiss Counts One, Two and Three (Antitrust Claims) of the Consolidated Class Action Complaint and accompanying Memorandum of Law* on all counsel of record pursuant to ECF as to Filing Users. I also served the foregoing documents via U.S. Mail Delivery on the following counsel:

Paul W. Rebein
**REBEIN LAW FIRM PLLC**
500 East Kennedy Blvd., Suite 100
Tampa, FL 33602

/s/ Jacob L. Kahn
Jacob L. Kahn