IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: Dairy Farmers of America, Inc. Cheese Antitrust Litigation <br><br> THIS DOCUMENT RELATES TO: <br><br> ALL DIRECT PURCHASER ACTIONS | ) ) ) ) ) ) ) ) ) ) ) ) Master File No. 09-cv-03690 <br> MDL No. 2031 <br> Judge William J. Hibbler |

**NOTICE OF MOTION**

TO: All Counsel of Record:

PLEASE TAKE NOTICE that Keller's Creamery, LLC will bring its Motion to Dismiss Plaintiffs' Corrected Consolidated Class Action Complaint before the Honorable William J. Hibbler, or such other judge as may be sitting in his stead, in the courtroom usually occupied by him in the U.S. Courthouse, 219 South Dearborn, Chicago, Illinois, on Wednesday the 16th of June at 9:30 a.m., or as soon thereafter as counsel may be heard.

Dated: June 3, 2010

Respectfully submitted,

By: /s/ Jennifer S. Diver

Joel G. Chefitz
Amanda J. Metts
Jennifer A. Smulin Diver
McDermott Will & Emery LLP
227 West Monroe Street
Chicago, IL 60606-5096

*Attorneys for Keller's Creamery, LLC*

- 2 -

## CERTIFICATE OF SERVICE

I, Jennifer Smulin Diver, hereby certify that on June 3, 2010, I served the foregoing *Notice of Motion* on all counsel of record pursuant to ECF as to Filing Users.

/s/ Jennifer A. Smulin Diver
*Attorney for Keller's Creamery, LLC*

DM_US 25575032-1.046466.0083