IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: DAIRY FARMERS OF AMERICA, INC. CHEESE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>DIRECT PURCHASER ACTION | Master File No. 09-cv-03690<br>MDL No. 2031<br>The Honorable Robert M. Dow Jr. |

**THE DIRECT PURCHASER PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT WITH CERTAIN DEFENDANTS AND FOR AN ORDER ESTABLISHING DATES AND PROCEDURES UNDER RULE 23 FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

The Direct Purchaser Plaintiffs, by their undersigned counsel, and pursuant to Rule 23(e) of the Federal Rules of Civil Procedure, respectfully move the Court for preliminary approval of their Stipulation and Agreement of Settlement ("Settlement" or "Settlement Agreement") with Dairy Farmers of America, Inc. ("DFA") Keller's Creamery LP, Keller's Creamery, L.L.C., Keller's Creamery Management, LLC, Gary Hanman, Gerald Bos, Frank Otis, and Glenn Millar (collectively the "Settling Defendants") and for entry of an order establishing dates and procedures for the final approval of class action settlement.[1]

A copy of the Settlement Agreement and its exhibits are attached hereto as Exhibit 1. The proposed schedule and procedures that the Direct Purchaser Plaintiffs seek approval for from the Court with respect to preliminary approval of the Settlement is attached hereto as Exhibit 1-H titled *[Proposed] Order Preliminarily Approving Proposed Settlement, Scheduling Hearing For Final Approval Thereof, and Approving The Proposed Form and Program of Notice To The Class.*

---

[1] The proposed settlement does not involve Defendant Schreiber Foods, Inc. ("Schreiber") nor does the Settlement relate to or purport to release any claims against Schreiber nor any claims alleged in the Indirect Purchaser Action except for any Direct Purchaser Claims.

1

In support of this motion, the Direct Purchaser Plaintiffs rely on *Direct Purchaser Plaintiffs' Memorandum In Support Of Motion For An Order Establishing Dates And Procedures Under Rule 23 For Final Approval Of Class Action Settlement* which is attached as Exhibit "1" to *The Direct Purchaser Plaintiffs' Motion For Leave To File An Oversized Brief Instanter* which is being filed contemporaneously with this motion.

WHEREFORE, the Direct Purchaser Plaintiffs respectfully request that that the Court grant preliminary approval of the proposed Settlement, approve the plan of notice and also set appropriate dates all as set forth in the accompanying *[Proposed] Order Preliminarily Approving Proposed Settlement, Scheduling Hearing For Final Approval Thereof, and Approving The Proposed Form and Program of Notice To The Class* which is attached hereto as Exhibit 1-H.

Dated: March 21, 2013

    Respectfully submitted,

    */s/ Christopher Lovell*
    Christopher Lovell
    **LOVELL STEWART HALEBIAN &**
    **JACOBSON LLP**
    61 Broadway, Suite 501
    New York, New York 10006
    Telephone:    (212) 608-1900
    Facsimile:    (212) 719-4775

    Mary Jane Fait
    Theodore B. Bell
    **WOLF HALDENSTIN ADLER FREEMAN**
    **& HERZ LLC**
    55 West Monroe Street, Suite 1111
    Chicago, Illinois 60603
    Telephone:    (312) 984-0000
    Facsimile:    (312) 993-9767

    Fred Isquith
    **WOLF HALDENSTIN ADLER FREEMAN**

          **& HERZ LLP**
          270 Madison Avenue
          New York, New York 10016
          Telephone:    (212) 545-4600
          Facsimile:    (212) 545-4653
          *Counsel for Direct Purchaser Plaintiffs*