IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: DAIRY FARMERS OF AMERICA, INC. CHEESE ANTITRUST LITIGATION | ) ) ) ) | Master File No. 09-cv-03690 MDL No. 2031 Judge Robert M. Dow, Jr. |
| THIS DOCUMENT RELATES TO: DIRECT PURCHASER ACTION | ) ) ) | |

## NOTICE OF MOTION

TO: All Counsel of Record

PLEASE TAKE NOTICE that on Thursday, March 28, 2013, at 9:15 a.m. or as soon thereafter as counsel may be heard, Direct Purchaser Plaintiffs, by and through their undersigned counsel, shall appear before the Honorable Judge Robert M. Dow, Jr. or any Judge sitting in his stead, in the Courtroom usually occupied by him in Courtroom 1919 of the Dirksen Federal Building, 219 S. Dearborn Street, Chicago, Illinois, and shall then and there present *The Direct Purchaser Plaintiffs' Motion for an Order Establishing Dates and Procedures Under Rule 23 for Final Approval of Class Action Settlement.*

Dated: March 21, 2013

By: */s/ Christopher Lovell*
Christopher Lovell
**LOVELL STEWART HALEBIAN & JACOBSON LLP**
61 Broadway, Suite 501
New York, New York 10006
Telephone:	(212) 608-1900
Facsimile:	(212) 719-4775

Mary Jane Fait
Theodore B. Bell
**WOLF HALDENSTIN ADLER FREEMAN & HERZ LLC**
55 West Monroe Street, Suite 1111

Chicago, Illinois 60603
Telephone: (312) 984-0000
Facsimile: (312) 993-9767

Fred Isquith
**WOLF HALDENSTIN ADLER FREEMAN & HERZ LLP**
270 Madison Avenue
New York, New York 10016
Telephone: (212) 545-4600
Facsimile: (212) 545-4653
*Counsel for Direct Purchaser Plaintiffs*

## CERTIFICATE OF SERVICE

I, Christopher Lovell, hereby certify that on March 21, 2013, service of the foregoing document on all counsel of record was accomplished pursuant to ECF as to Filing Users. The foregoing documents were also served via U.S. Mail Delivery and email transmission on the following counsel:

>Paul W. Rebein
>**REBEIN LAW FIRM PLLC**
>500 East Kennedy Blvd., Suite 100
>Tampa, FL 33602
>Email: paul@rebeinlaw.com