# EXHIBIT A

```
 1              IN THE UNITED STATES DISTRICT COURT
                   NORTHERN DISTRICT OF ILLINOIS
 2                       EASTERN DIVISION

 3   IN RE: DAIRY FARMERS OF      )
     AMERICA, INC. CHEESE         ) Docket No. 09 C 3690
 4   ANTITRUST LITIGATION         )
                                  )
                                  ) Chicago, Illinois
 5                                ) October 3, 2013
                                  ) 10:00 a.m.
 6                                )
                                  )
 7                                )

 8              TRANSCRIPT OF PROCEEDINGS
          BEFORE THE HONORABLE ROBERT M. DOW, JR.
 9

10   PRESENT:

11   For direct purchaser     THEODORE B. BELL
        Plaintiffs:           Wolf Haldenstein Adler Freeman
12                              & Herz LLC
                              55 West Monroe Street
13                            Suite 1111
                              Chicago, Illinois 60603
14
                              MARY JANE FAIT
15                            115 South LaSalle Street
                              Suite 2910
16                            Chicago, Illinois 60603

17                            CHRISTOPHER M. Mc GRATH
                              Lovell Stewart Halabian Jacobson, LLP
18                            61 Broadway
                              Suite 501
19                            New York, New York 10066

20                            MARVIN A. MILLER
                              Miller Law LLC
21                            115 South LaSalle Street
                              Suite 2910
22                            Chicago, Illinois 60603

23   For Frank Otis:          JESSICA ANN BAER
                              K&L Gates
24                            70 West Madison
                              Suite 3100
25                            Chicago, Illinois 60602
```

```
 1  PRESENT:   (Cont'd)

 2
    For Dairy Farmers:        JOEL G. CHEFITZ
 3                            DAVID L. HANSELMAN, JR.
                              AMANDA J. METTS
 4                            McDermott Will & Emery LLP
                              227 West Monroe Street
 5                            Chicago, Illinois 60606

 6
    For Schreiber Foods:      NATHAN P. EIMER
 7                            DANIEL D. BIRK
                              Eimer Stahl LLP
 8                            224 South Michigan Avenue
                              Suite 1100
 9                            Chicago, Illinois 60604

10
    For Indirect purchaser    ILAN CHOROWSKY
11     Plaintiffs:            ALEX STEPICK, IV
                              Progressive Law Group LLC
12                            1 North LaSalle
                              Suite 2255
13                            Chicago, Illinois 60602

14                            MAX WILD
                              WILD LAW GROUP, PLLC
15                            98 Distillery Road
                              Warwick, New York  10990
16
    For Gerald Bos:           JACOB L. KAHN
17                            Schiff Hardin LLP
                              233 South Wacker Drive
18                            Suite 6600
                              Chicago, Illinois 60606
19
    For Gary Hanman:          ELLEN M. WHEELER
20                            Foley & Lardner
                              321 North Clark Street
21                            Suite 2800
                              Chicago, IL 60610
22

23  Court Reporter:           Lois A. LaCorte
                              219 South Dearborn  Room 1918
24                            Chicago, Illinois 60604
                              (312) 435-5558
25
```

1   and what position we want to take.

2       THE COURT:  And is the question whether you ought also to

3   still be counsel in addition to Ms. Fait or instead of Ms.

4   Fait?

5       MR. BELL:  That's on the table, your Honor, but I don't

6   want to take a position prematurely on that.

7       THE COURT:   That's okay.  I'll let you work that out

8   with your principal.  I mean, Ms. Fait, I guess my

9   understanding, and, of course, Judge Hibbler is the one who

10  put all you guys in place, but my understanding is that the

11  person who has, at least in my courtroom the person who has

12  spoken most of the time on behalf of this group of plaintiffs

13  is Ms. Fait.

14      So I get that, and I see other judges seem to be taking

15  that position in their cases, but it's not necessarily to the

16  exclusion of your firm.  I don't want you to lay on the record

17  out here your billing sheets to find out who has done what and

18  who can contribute what.  I guess my job is to make sure that

19  the plaintiffs are adequately represented, but not

20  overrepresented, I suppose, because there could be

21  inefficiencies there and I guess that was the position your

22  co-counsel from the other firm is taking.

23      MS. FAIT:   I think that's everybody's primary

24  consideration, is to represent the class fairly and as

25  efficiently as possible.

1    THE COURT:  Yes, and so I suppose what I ought to do is

2  let you guys formulate your position. Your position may come

3  around to Ms. Fait's position, as far as I can tell.

4    You have never been withdrawn from the case, though, have

5  you?

6    MS. FAIT:   No, your Honor.

7    THE COURT:   So as far as I'm concerned, you're still in

8  the case, and I hope I've got your right address here.

9    MS. FAIT:   That's correct, 115 South  -- North LaSalle.

10    THE COURT:  We know where to find you then.

11    MS. FAIT: South LaSalle.

12    THE COURT:  Okay, I know where that is.  I used to be at

13  190.

14    So I'll give you two weeks to come up with your position,

15  and if your position turns out to dovetail in the end with Ms.

16  Fait's, you can let me know that too.  If it doesn't, then,

17  Ms. Fait, if you want to respond to them or reply to them, I

18  guess, I'm okay with that.  I've got to work that out between

19  you guys I think.

20    MS. FAIT:   Okay.  The only thing I would add is that

21  when I left Wolf Haldenstein, I did bring the client with me,

22  the plaintiff.

23    THE COURT:   And I saw that, and the question really is,

24  I suppose, are there lawyers at that firm who have a stake in

25  this in some fashion that can represent the clients

1   effectively.  That's what you guys need to figure out.  And I

2   don't want to do that on the record here.  You guys can -- if

3   I ultimately have to do that on the record, we can, but for

4   now I want at least people to formulate their positions and

5   give me some more time to digest what's in front of me.

6        So I just learned that two weeks from today is the 17th.

7   In my mind it was the 16th because all these days are blending

8   together after this trial.  So the 17th you can let me know

9   your position, and then, Ms. Fait, do you want some time to

10  reply if you need to?

11       MS. FAIT:   Just a week.

12       THE COURT:  Okay, perfect.

13       MS. FAIT:   Thank you.

14       THE COURT:  Okay, let's put that issue off to the side

15  for the moment.  You're still in the case, everything -- as

16  far as I'm concerned, you are what you were before all this

17  came up, and the question is how to sort all you guys out.

18       MS. FAIT:   Thank you, your Honor.

19       MR. MC GRATH:  Your Honor, may I add one thing?

20       THE COURT:  Yes, sure.

21       MR. MC GRATH:  Chris McGrath from Lovell Stewart.  We

22  were appointed co-lead with Wolf Haldenstein.

23       We don't take a position as between Wolf Haldenstein or

24  Ms. Fait, but we would oppose the appointment of a third lead

25  counsel on the case.

# EXHIBIT B

# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Text Messaging Antitrust Litigation, et al.

Plaintiff,

v.

Case No.: 1:08−cv−07082
Honorable Matthew F. Kennelly

Verizon Wireless, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 27, 2013:

MINUTE entry before the Honorable Matthew F. Kennelly: Status hearing held on 8/27/201. Motion for Modification [720]is granted in part, appointing Fred Taylor Isquith of Wolf Haldenstein as a representative of the firm on the Plaintiff's Steering Committee. Mary Jane Fait is directed to file a written response to motion by 9/10/2013. Motion for protective order [723] is granted. The deposition of Dr. Baker is limited to seven hours. Status report is due by 10/15/2013. Status hearing is set for 10/17/2013 at 09:30 a.m. Mailed notice.(pjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.

# EXHIBIT C

# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Jim Morris, et al.

                                 Plaintiff,

v.
                                                Case No.: 1:08–cv–07082
                                                Honorable Matthew F. Kennelly

Verizon Wireless, et al.

                                 Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 11, 2013:

        MINUTE entry before Honorable Matthew F. Kennelly: The Court, having reviewed the response by attorney Mary Jane Fait to the motion for clarification, reaffirms her participation on the plaintiffs' steering committee. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If an order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.