IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: DAIRY FARMERS OF AMERICA, INC. CHEESE ANTITRUST LITIGATION  ) ) ) | Master File No. 09-cv-03690 MDL No. 2031 |
| THIS DOCUMENT RELATES TO:  ) ) | Judge Robert M. Dow, Jr. Magistrate Judge Maria Valdez |
| DIRECT PURCHASER ACTION  ) ) | |

**LEAD COUNSEL'S PETITION FOR AN AWARD OF**
**ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES**

Lead Counsel for the Direct Purchaser Plaintiffs respectfully petition the Court for (a) an award of attorneys' fees to Class Counsel for their professional services rendered in creating the substantial benefits provided to the Class by the settlement with the Dairy Farmers of America, Inc. Keller's Creamery LP, Keller's Creamery, LLC, Keller's Creamery Management, LLC, Gary Hanman, Gerald Bos, Frank Otis, and Glenn Millar (collectively the "DFA Defendants"), and (b) reimbursement of Class Counsel's expenses reasonably incurred in connection with the claims against the DFA Defendants. Specifically, Lead Counsel requests an award to Class Counsel of attorneys' fees in the amount of one-third of the $46,000,000 common fund (or $15,333,333.33) and reimbursement of expenses reasonably incurred in the amount of $488,491.24.

In support of this motion, the Lead Counsel relies on *Direct Purchaser Plaintiffs' Memorandum in Support of Lead Counsel's Petition for Award of Attorneys' Fees and Reimbursement of Expenses* (Dkt. No. 609), the *Declaration of Christopher M. McGrath in Support of Lead Counsel's Motion for an Award of Attorneys' Fees and Reimbursement of Expenses* (Dkt. No. 611), and the *Direct Purchaser Plaintiffs' Memorandum in Support of Motion for Final Approval of Class Action Settlement* (Dkt. No. 607), all filed on July 20, 2014.

WHEREFORE, Lead Counsel respectfully requests (a) that the Court award attorneys' fees equal to one-third of the $46,000,000 common fund, or $15,333,333.33 and (b) reimbursement of expenses reasonably incurred in the amount of $488,491.24.

Dated: July 21, 2014

Respectfully submitted,

/s/ Christopher Lovell
Christopher Lovell
Gary S. Jacobson
Christopher M. McGrath
Fred T. Isquith, Jr.
Amanda N. Miller
**LOVELL STEWART HALEBIAN & JACOBSON LLP**
61 Broadway, Suite 501
New York, New York 10006
Telephone: (212) 608-1900
Facsimile: (212) 719-4775

*Lead Counsel for Direct Purchaser Plaintiffs*

Theodore B. Bell
**WOLF HALDENSTEIN ADLER
 FREEMAN & HERZ LLC**
55 West Monroe Street, Suite 1111
Chicago, Illinois 60603
Telephone: (312) 984-0000
Facsimile: (312) 984-0001

Fred T. Isquith
**WOLF HALDENSTEIN ADLER
 FREEMAN & HERZ LLP**
270 Madison Avenue
New York, New York 10016
Telephone: (212) 545-4600
Facsimile: (212) 686-0114

*Local Counsel for Direct Purchaser Plaintiffs*

Marvin A. Miller
**MILLER LAW LLC**
115 S. LaSalle St, Suite 2910
Chicago, Illinois 60603
Telephone: (312) 332-3400
Facsimile: (312) 676-2676

Mary Jane Fait
**LAW OFFICES OF MARY JANE FAIT**
115 S. LaSalle St, Suite 2910
Chicago, Illinois 60603
Telephone: (847) 922-6729
Facsimile: (312) 676-2676