# Exhibit B

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE BP PROPANE INDIRECT PURCHASER ANTITRUST LITIGATION | No. 06-C-3541 |
| This Document Relates To: | Honorable James B. Zagel |
| ALL INDIRECT PURCHASER ACTIONS | |

## ORDER IN CONNECTION WITH ATTORNEYS FEES, REIMBURSEMENT OF COSTS AND INCENTIVE AWARD

This matter came for a duly-noticed hearing on February 10, 2009 (the "Final Approval Hearing"), upon the Indirect Purchaser Plaintiffs' Motion for Final Approval of Settlement with Defendant BP America, Inc., ("BP")(the "Motion") and request for an award of attorneys' fees, reimbursement of expenses and award of incentive payments all of which was included in the Notice sent and published to members of the Class. There being no objections to Plaintiffs' Counsel's request for an award of attorneys' fees, reimbursement of expenses and award of incentive payments from any member of the Class and the Court having considered all papers filed and proceedings had herein and otherwise being fully informed in the premises and good cause appearing therefore, and a determination having been made that Plaintiffs' counsel are entitled to be compensated from the common settlement created through their efforts, that Plaintiffs' counsel are entitled to reimbursement for the expenses necessary and reasonable for the prosecution of this class action and that the named plaintiffs are to be awarded an incentive for their assistance to Plaintiffs' counsel in the prosecution of this litigation.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. Plaintiffs' Counsel in the action are hereby awarded attorneys' fees in the amount of $5,032,500.00, amounting to 33% of the Settlement Fund, plus interest on such amount at the same rate as earned by the Settlement Fund from the date hereof to the date they are actually paid to Lead Counsel. Plaintiffs' Counsel are further awarded reimbursement of expenses (including experts' fees and expenses) in the amount of $237,243.50. The foregoing awards of fees and expenses shall be paid out of, and shall not be in addition to, the Settlement Fund at the time and in the manner provided in the Stipulation, and shall be paid to Lead Counsel as provided in the Stipulation. Any and all allocations of attorneys' fees and expenses shall be allocated among Plaintiffs' Counsel at the direction of Lead Counsel at its discretion, who shall apportion the fees and expenses based upon their assessment, in its sole discretion, of the respective contributions to the litigation made by each counsel. The Court further declares that any appeal of the award of attorneys' fees and reimbursement of expenses shall not prevent the Settlement from becoming effective.

2. Lead Counsel is granted leave to file a supplemental application for reimbursement of expenses incurred and/or billed subsequent to the date of its pending application including, without limitation, for the fees and expenses of the Claims Administrator. Lead Counsel is also granted leave to file a supplemental petition for fees and for reimbursement of expenses incurred subsequent to the pending petition and which relate to Claims Administration.

3. The named Plaintiffs, Richard Dennison, Stephen Hesano, Michael Withum, Gregory Sydor, Myles Levin, Gateway FS, Inc., Scott Mehrag, Deborah Cassells, James Marcello, Drew Halpern, Donald Mowers, Kurt Nebel, Donald and Jennifer Terry, H. Steven Plaut, David A. Mullins III, David Guin, Craig Ridgway, Anita White and Ideal Bottle Gas, Inc., are awarded an incentive payment in the aggregate sum of $10,000.00, which amount shall be allocated at the

direction of Lead Counsel at its discretion, based upon their assessment, in its sole discretion, of the respective contributions to the litigation made by each Plaintiff.

Dated: February 10, 2010

                                            /s/James B. Zagel
                                            JAMES B. ZAGEL
                                            United States District Judge