**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In re: Dairy Farmers Of America, Inc. Cheese Antitrust Litigation ) ) ) ) THIS DOCUMENT RELATES TO: ) ) DIRECT PURCHASER ACTION ) ) ) | Master File No. 1:09-cv-03690 MDL No. 2031 Judge Robert M. Dow, Jr. Magistrate Judge Maria Valdez |

**ENTRY OF FINAL JUDGMENT PURSUANT TO
<u>FEDERAL RULE OF CIVIL PROCEDURE 54(b)</u>**

This matter came before the Court on motion for summary judgment filed by Defendant Schreiber Foods, Inc. ("Schreiber") [Dkt. No. 430]. Schreiber's motion for summary judgment was granted on August 18, 2014 [Dkt. No. 652], and the Court hereby expressly determines that there is no just reason for delay and expressly directs the entry of final judgment in favor Schreiber pursuant to the provisions of Rule 54(b) of the Federal Rules of Civil Procedure.

**IT IS ORDERED, ADJUDGED AND DECREED** that the order entered on August 18, 2014, granting the motion for summary judgment in favor of Schreiber, is hereby made a final judgment of this Court.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the complaint of Direct Purchaser Plaintiffs Indriolo Distributors, Inc., Knutson's, Inc., and Valley Gold L.L.C. is hereby dismissed with prejudice and with costs as to Schreiber. Schreiber may file a bill of costs within 30 days of the date of this judgment pursuant to Federal Rule of Civil Procedure 54(d)(1), and Direct Purchaser Plaintiffs may file a motion for review of any costs taxed by the clerk pursuant to Federal Rule of Civil Procedure 54(d)(1).

Dated: SEPTEMBER 12, 2014

_____
ROBERT M. DOW, JR.
United States District Judge