ILND 450 (Rev. 10/13) Judgment in a Civil Action
ILND 450 (Rev. 10/13) Judgment in a Civil Action

Case: 1:09-cv-03690 Document #: 671 Filed: 09/12/14 Page 1 of 1 PageID #:15999

# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

IN RE: DAIRY FARMERS OF AMERICA, INC CHEESE ANTITRUST LITIGATION,

Direct Purschaser Plaintiffs,

Plaintiff(s),

v.

Schreiber Foods, Inc.,

Defendant(s).

Case No. 09 cv 3690 (MDL No. 2031)
Judge Robert M. Dow

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $        ,

which ☐ includes       pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☒ in favor of defendant(s) Scheiber Foods, Inc.
and against plaintiff(s) Direct Purchaser Plaintiffs
.

Defendant(s) shall recover costs from plaintiff(s).

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge       presiding, and the jury has rendered a verdict.
☐ tried by Judge       without a jury and the above decision was reached.
☒ decided by Judge Robert M. Dow on a motion for summary judgment.

Date: 9/12/2014

Thomas G. Bruton, Clerk of Court

/s/Theresa Kinney , Deputy Clerk