UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: DAIRY FARMERS OF AMERICA, INC. CHEESE ANTITRUST LITIGATION | ) No. 09-cv-03690<br>) MDL No. 2031<br>) |
| THIS DOCUMENT RELATES TO:<br>ALL INDIRECT PURCHASER ACTIONS | ) Judge Robert M. Dow, Jr.<br>) Magistrate Judge Maria Valdez<br>)<br>)<br>) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Defendants Dairy Farmers of America, Inc., including its subsidiary National Dairy Holdings, LP, and former entity Keller's Creamery LP (collectively "Defendants") and Plaintiffs Brian Rogers, Constantin Yiannacopoulos, Ann Miller, Mike Jackson, Cravon Williams, Jacqueline A. Rudman, Tim Waun, Brian Buttars, Brandi Palombella, Courtney Asmann and Francisco Hernandez hereby stipulate that all actions brought by the Plaintiffs are dismissed with prejudice pursuant to (a) the Court's Order dated August 23, 2013, (b) the Court's Order dated June 29, 2015, and (c) the Parties' agreement, all parties to bear their own costs.

Dated: July 30, 2015

By: /s/Amanda J. Metts

Joel G. Chefitz
Amanda J. Metts
David L. Hanselman, Jr.
MCDERMOTT WILL & EMERY LLP
227 West Monroe Street
Chicago, IL 60606-5096

Attorneys for Defendants

By: /s/ Matthew S. Wild

Matthew S. Wild
Max Wild
WILD LAW GROUP PLLC
2590 Aaron Lane
Winston-Salem, NC 27106

Ilan Chorowsky
Mark Bulgarelli
Progressive Law Group, LLC
One N. LaSalle Street, Ste. 2255
Chicago, IL 60602

Attorneys for Plaintiffs Cravon Williams, Jacqueline A. Rudman, Tim Waun, Brian Buttars and Brandi Palombella

By: /s/ Ryan Hodge

Ryan Hodge
RAY HODGE & ASSOCIATES, L.L.C.
135 North Main
Wichita, KS 67202

Attorneys for Plaintiff Courtney Asmann

By: /s/ Steve Owings

Steve Owings
OWINGS LAW FIRM
1400 Brookwood Drive
Little Rock, AR 72202

T. Brent Walker
WALKER LAW, PLC
P.O. Box 287
Cabot, AR 72023

Attorneys for Plaintiffs Brian Rogers, Constantin Yiannacopoulos, Ann Miller and Mike Jackson

By: /s/ Paul W. Rebein

Paul W. Rebein
REBEIN BANGERTER REBEIN PA
102 W. Whiting Street, Suite 500
Tampa, FL 33602
Attorneys for Plaintiff Francisco Hernandez

## **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that, on July 30, 2015, she caused the foregoing document to be filed and served upon all counsel of record entitled to receive notice via the Court's CM/ECF system.

                                                  /s/ Karne O. Newburn