UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: DAIRY FARMERS OF AMERICA, INC. CHEESE ANTITRUST LITIGATION | No. 09-cv-03690<br>MDL No. 2031 |
| THIS DOCUMENT RELATES TO: | Judge Robert M. Dow, Jr.<br>Magistrate Judge Maria Valdez |
| ALL INDIRECT PURCHASER ACTIONS | |

## FINAL JUDGMENT ORDER

WHEREAS, on August 23, 2013, the Court entered a Memorandum Opinion [365] in the above-captioned Indirect Purchaser Action, granting in part the Motion to Dismiss of Defendants Dairy Farmers of America, Inc., its subsidiary National Dairy Holdings, LP, and former entity Keller's Creamery LP (collectively "Defendants");

WHEREAS, on June 29, 2015, the Court entered a Memorandum Opinion [732] granting Defendants' Motion to Dismiss the remaining claims in the Indirect Purchaser Action;

WHEREAS, on July 30, 2015, Defendants and Indirect Purchaser Plaintiffs Brian Rogers, Constantin Yiannacopoulos, Ann Miller, Mike Jackson, Cravon Williams, Jacqueline A. Rudman, Tim Waun, Brian Buttars, Brandi Palombella, Courtney Asmann, and Francisco Hernandez filed a Stipulation of Dismissal [735] stipulating that all actions brought by the Plaintiffs are dismissed with prejudice pursuant to (a) the Court's Order dated August 23, 2013, (b) the Court's Order dated June 29, 2015, and (c) the Parties' agreement, all parties to bear their own costs.

Accordingly, IT IS HEREBY ORDERED, in accordance with Federal Rule of Civil Procedure 58, that all actions brought by Plaintiffs Rogers, Yiannacopoulos, Miller, Jackson,

Williams, Rudman, Waun, Buttars, Palombella, Asmann, and Hernandez are dismissed with prejudice, all parties to bear their own costs.

Dated: September 10, 2015

Robert M. Dow, Jr.
United States District Judge